```
1  MCGREGOR W. SCOTT
   UNITED STATES ATTORNEY
2  SIMONE DAVIS
3  SPECIAL ASSISTANT UNITED STATES ATTORNEY
   Office of the Staff Judge Advocate
4  95 ABW/JA
   1 South Rosamond Blvd.
5  Edwards AFB, California 93524
   Phone: (661) 277-4316 / Fax: (661) 277-2887
6
```

FILED

MAY 10 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | MOTION AND ORDER FOR DISMISSAL |
|---|---|
| Plaintiff, | |
| v. | CASE NO.: 5:07-mj-00003-TAG/C-14 |
| MICHAEL S. VERMUTH | MAGISTRATE JUDGE THERESA A. GOLDNER |
| Defendant. | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves this honorable Court to dismiss the Complaint against Michael S. Vermuth, without prejudice, in the interest of justice. The Government has made several unsuccessful attempts to notify the defendant of the hearing date.

Respectfully Submitted

McGregor W. Scott
United States Attorney

DATED: May 10, 2007

By  *Simone Davis*
Simone Davis
Special Assistant United States Attorney

1

1                         <u>ORDER</u>

2

3    IT IS HEREBY ORDERED that the case against Michael S. Vermuth, Case No.: 5:07-mj-00003-

4    TAG/C-14, be dismissed, without prejudice, in the interest of justice.

5

6    DATED this 10th day of May, 2007.

7

8

9                         _[signature]_

10                         THERESA A. GOLDNER

11                         UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2